UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIO AMAURIS NUNEZ POLANCO,

Plaintiff,

-against-

MICHAEL CAPRA, ET AL.,

Defendants.

22-CV-4925 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued June 13, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number 22-CV-4475. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    June 13, 2022
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge